1122

In the Matter of the Claim of THERON H. THOMPSON, Appellant, against CORNING GLASS WORKS, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.